**Anji Reddy BODANA, DVM,**
**Plaintiff–Appellant,**

v.

**Merry CAGLE, in her individual**
**capacity, Defendant–**
**Appellee.**

**No. 13–11633**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Nov. 19, 2013.

Nicholas G. Dumich, Nicholas Dumich Law Firm, Marietta, GA, for Plaintiff–Appellant.

Anji Reddy Bodana, DVM, Marietta, GA, pro se.

Cristina Maria Correia, Samuel Scott Olens, Attorney General's Office, Atlanta, GA, for Defendant–Appellee.

Before WILSON, HILL, and ANDERSON, Circuit Judges.

PER CURIAM:

Having reviewed the record and considered the argument of the parties contained in their briefs, we affirm the district court in all respects related to this appeal for the reasons stated by the district court.

**AFFIRMED.**